TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00216-CR






Randall Wynn Blue, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT


NO. B-03-0543-S, HONORABLE BEN WOODWARD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Randol L. Stout, is ordered to tender a brief in this cause no later than October 20,
2004. No further extension of time will be granted.

It is ordered September 23, 2004. 


Before Chief Justice Law, Justices B. A. Smith and Pemberton

Do Not Publish